All other matters appearing to be regular, the judgment of the trial court is in all things affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## WARFIELD v. STATE.
### No. 19009.

Court of Criminal Appeals of Texas.
May 19, 1937.

Scott & Hall and G. de Graffenried, all of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale in a dry area, punishment assessed being a fine of $100.

 No statement of facts is brought forward. We find one exception to the court's charge but, in the absence of the facts, are not able to appraise it.

No error appearing, the judgment is affirmed.